

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CLARA JEAN CHADIC**                                                            **PLAINTIFF**

VS.                                                            NO. 3:05cv00641-HTW-JCS

**BANK OF AMERICA CORPORATION**                                **DEFENDANT**

### ORDER OF DISMISSAL

BE IT REMEMBERED that this matter came before the Court upon the *ore tenus* motion of Plaintiff and Defendant requesting that this action be dismissed with prejudice. Having considered same, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 9th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM
AND CONTENT:

_____
Joseph Patrick Frascogna, attorney for
Plaintiff

_____
Mark H. Tyson, attorney for Defendant